AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
FEB - 5 2025
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 2:25-MJ-19 |
| Adan Munoz-Lugo | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 12, 2024__ in the county of __Randall__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) | Possession with Intent to Distribute a Methamphetamine |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
Complainant's signature

Eric D. Johnson, HSI SA
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 2/5/2025

_____
Judge's signature

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
Printed name and title

AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Eric D. Johnson, being a duly sworn Special Agent with the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI) in Amarillo, Texas, states as follows:

I am currently assigned to HSI Amarillo, Texas. I have been a sworn Federal Law Enforcement Officer since August 2020 and have been assigned to HSI Amarillo since January 2023. I am a ''Federal Law Enforcement Officer" within the meaning of Federal Rules of Criminal Procedure 41(a)(2)(c), a government agent engaged in enforcing criminal laws and within the category of officers authorized by the Attorney General to request an arrest and/or search warrant.

As an HSI Special Agent, my duties primarily include the investigation and enforcement of federal violations of Title 8, 18, 19, 21, and 31 of the United States Code and related offenses. As part of my official duties, I have received training, participated in, and conducted investigations, related to federal firearms violations; specifically, investigation and prosecution of individuals involved in the unlawful possession of firearms. I have also participated in several investigations of the possession and distribution of controlled substances. I have received training from the Federal Law Enforcement Training Center and other law enforcement agencies in narcotics smuggling investigations, and have training and experience in money laundering, narcotics smuggling, and distribution investigations.

The information contained in this affidavit, is based on my personal knowledge and information provided to me by other law enforcement officers and witnesses and is provided for the limited purpose of demonstrating probable cause to support the issuance of a criminal complaint. This affidavit, therefore, does not summarize all the facts known to me or other law enforcement agents and officers at this time.

On December 12, 2024, the Texas Department of Public Safety (DPS), Homeland Security Investigations (HSI), and Collin County Sheriff's Office (CCSO) conducted an online undercover operation to identify, locate, and arrest individuals seeking to sexually exploit minor children.

During the operation, an undercover law enforcement officer or agent, herein referred to as (UCA), was serving in an undercover capacity, posing as a 16-year-old female "Madi." The UCA posted an online advertisement for commercial sex as "Madi" on a publicly available commercial sex website "Skipthegames.com."

In response to the advertisement, the UCA was contacted by a subject from telephone number 806-567-4644, later identified as Adan MUNOZ-LUGO via text message.

MUNOZ-LUGO solicited and agreed to have sexual intercourse with "Madi", whom MUNOZ-LUGO believed to be a minor, in exchange for U.S. currency. However, MUNOZ-LUGO never showed up at the predetermined meet location. MUNOZ-LUGO continued communicating with the UCA for several days, often discussing meeting "Madi" for paid sexual acts.

On December 19, 2024, MUNOZ-LUGO agreed to meet "Madi" at John Stiff Park in Amarillo for paid sexual acts. Prior to the meet, law enforcement was able to identify MUNOZ-LUGO as the subscriber to the previously referenced telephone number. Furthermore, open-source and law enforcement database queries, revealed MUNOZ-LUGO was the registered owner of a blue 2016 Chevrolet Silverado 2500hd LT- Crew pickup, bearing Texas Registration GYP2278.

On this date, at approximately 1425 hours, law enforcement was conducting surveillance at the predetermined meet location, and observed MUNOZ-LUGO arrive to said location driving the blue Chevrolet Silverado, bearing license plate GYP2278.

At approximately 1438 hours, a DPS Trooper observed the blue 2016 Chevrolet Silverado 2500hd LT (GYP2278) at a red-light intersection of Bell & 34th Street. The vehicle had illegal tint on the tail lamps and a defective high-mounted stop lamp. The Trooper conducted a traffic stop for the equipment violations, near 3321 Bell Street, Amarillo, TX. MUNOZ-LUGO was detained from the vehicle.

During the course of the stop, law enforcement detected a strong odor of marijuana emitting from inside the vehicle and observed a black Springfield XD-9 Handgun Serial# XD186532 protruding from under the driver's seat. MUNOZ-LUGO was transported to DPS Amarillo office for further investigation.

At the DPS office, law enforcement conducted a probable cause vehicle search, which resulted in the discovery of one (1) blue plastic Mentos container containing a crystal-like substance suspected to be Methamphetamine weighing approximately 14 grams. It was located in the back right passenger door storage compartment. Located in the rear bed of the pickup, concealed inside a five (5) gallon bucket was one (1) clear plastic bag containing a crystal-like substance suspected to be Methamphetamine weighing approximately 260 grams and one (1) white plastic bottle containing a crystal-like substance suspected to be Methamphetamine weighing approximately 13 grams was concealed inside a red toolbox in the rear pickup bed as well.

A DPS Seized Drug Analysis Laboratory report confirmed the approximately 260 grams of the crystal-like substance seized did indeed contain Methamphetamine. This quantity of Methamphetamine is only consistent with distribution, not someone's personal use.

A criminal history query of MUNOZ-LUGO determined MUNOZ-LUGO was a convicted felon from a previous arrest, on November 4, 2022, for Solicit Prostitution/ Other Payor out of Potter County, Texas. MUNOZ-LUGO was convicted of said felony offense, on or about, March 31, 2023. Furthermore, subsequent database queries conducted by HSI, revealed that MUNOZ-LUGO is an undocumented citizen and national of Mexico, who is illegally present in the United States.

After being advised of his *Miranda* Warnings, MUNOZ-LUGO admitted possessing and owning the previously referenced black Springfield XD-9 Handgun Serial# XD186532. Furthermore, MUNOZ-LUGO stated he knew he wasn't supposed to possess a firearm due to MUNOZ-LUGO's immigration status, as well as admitted to knowing he was a convicted felon. MUNOZ-LUGO admitted to knowledge and possession of the Methamphetamine and paying $1500 for the approximately 260 grams of Methamphetamine.

According to open-source databases, as well as physical markings engraved into the firearm, the Springfield, XD-9, 9mm, semi-automatic firearm, bearing Serial# XD186532 was not manufactured in the state of Texas; therefore, it traveled in or affected interstate commerce.

Based on the aforementioned facts, there is probable cause to believe MUNOZ-LUGO violated Title 18, United States Code, Section 922(g)(1) and 922(g)(5), which makes it unlawful for any person being a convicted felon and/or an alien who is illegally or unlawfully in the United States or has been admitted to the United States under a nonimmigrant visa to ship or transport in interstate commerce, or possess in or affecting commerce, any firearm or ammunition, or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce. Furthermore, MUNOZ-LUGO knowingly and intentionally possessed with the intent to distribute Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Eric D Johnson
Special Agent
Homeland Security Investigations

     Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant,

that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 5th day of February, 2025.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

4