# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 2:25-CR-18 |
| | § | |
| ADAN LUGO MUNOZ | § | |

## RESPONSE TO ORDER TO SHOW CAUSE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, the undersigned Attorney for Defendant, and makes the following response:

### I.

Attorney Hesse believes that the Defendant will probably enter into a plea agreement with the Government. Attorney Hesse has the discovery provided by the Government, and an additional discovery issue arose that Attorney Hesse brought to the attention of the Government, that required follow-up and further analysis. Please refer to Defendant's 1st Motion for Continuance.

Attorney Hesse has spoken to Assistant United States Attorney (AUSA) Anna Marie Bell, several times concerning this case, and the evidence in this case.

Attorney Hesse has also visited the Defendant to discuss the evidence, several times.

Attorney Hesse believes he has been diligent in working on this case, save for, his lack of calendaring the Scheduling Order.

II.

At approximately 9:30 a.m., on March 31, 2025, Attorney Hesse opened an email from AUSA Bell, that was sent at 8:37 a.m., said email asking if Attorney Hesse intends to file a Motion for Continuance, and that trial is set for "today."

Attorney Hesse then looked at his calendar and did not see a trial set for today in the above-entitled cause. Attorney Hesse looked in his case-file searching for a Scheduling Order in this cause, and could not find any.

Attorney Hesse then searched for emails from the Clerk containing a Scheduling Order and began looking for Clerk emails sent since Attorney Hesse's last in-person appearance in this case on February 21, 2025.

Attorney Hesse found a Clerk email sent on February 24, 2025, labeled "Scheduling Order," and containing a link to the actual "Scheduling Order." Attorney Hesse clicked on the link and downloaded the Court's Scheduling Order, signed by the Judge.

After reading the Scheduling Order, Attorney Hesse realized that he had missed pre-trial deadlines, and the start of trial. In a state of panic, Attorney Hesse rushed to the Federal Courthouse for the purpose of making an in-person (oral) Motion for Continuance, to the Judge.

After arriving at the Federal Court nearly ninety minutes after trial was set to begin, and entering security, Attorney Hesse was advised by security that he could not enter the court because the 9:00 a.m. Jury Trial Setting had passed. Attorney Hesse informed security that he intended to make an oral Motion for Continuance. Security called the Courtroom Deputy down and the Courtroom Deputy spoke to Attorney Hesse. Attorney Hesse asked the Courtroom Deputy if he could enter to make an oral Motion for Continuance to the Judge. The Courtroom Deputy told

Attorney Hesse he ought to file a written Motion for Continuance with the Clerk and Court. Attorney Hesse stated to the Deputy that it was acceptable in State Court to make an oral Motion for Continuance and that is why Attorney Hesse was requesting to do so. The Courtroom Deputy advised Attorney Hesse that "This isn't State Court."

The Courtroom Deputy then advised Attorney Hesse that the Judge was not on the bench, and AUSA Bell was back in her office building. She again advised that Attorney Hesse should file a written Motion for Continuance.

The Courtroom Deputy then asked Attorney Hesse, "Why didn't you follow the Scheduling Order?" Attorney Hesse, sensing that an answer might incriminate himself, decided to answer truthfully anyway. He stated "I forgot to calendar it, and I feel bad about not doing so."

Attorney Hesse then left and visited AUSA Bell, who informed Attorney Hesse that she did not oppose a Motion for Continuance.

### III.

In retrospect, Attorney Hesse saw an email from the Clerk on February 24, 2025, but did not open the link in the email to observe and download the Scheduling Order contained in the link. Attorney Hesse did not know the dates of any deadlines in the Scheduling Oder, and did not calendar any of the said deadlines. Attorney Hesse did not deliberately disobey the Scheduling Order, but was negligent in not taking action to download it, observe it, and calendar the dates set forth in the Scheduling Order.

### IV.

Your Honor, I ask for a second chance, to prove to this Honorable Court, that I am willing, able, and, most-importantly, capable, of following this Court's Orders.

WHEREFORE, PREMISES CONSIDERED, the undersigned Attorney asks this Honorable Court for mercy.

Respectfully submitted,

Law Office of D. Chris Hesse
112 West 8th Avenue, Suite 617
Amarillo, Texas 79101
Tel: (806) 350-6785
Fax: (806) 350-6786
Chris@PanhandleCriminalDefense.Attorney

By: /s/ David C. Hesse
    Chris Hesse
    TX State Bar No. 24049081
    Attorney for Defendant

### DECLARATION UNDER PENALTIES OF PERJURY

Under 28 U.S.C. § 1746 and Texas Civil Practice and Remedies Code § 132.001, I declare under penalty of perjury that my name is David Christopher Hesse. I am also known as D. Chris Hesse. My date of birth is April 30th, 1973, and my address is 112 West 8th Avenue, Suite 617, Amarillo, Texas 79101. This document is not a deposition, an oath of office, an oath required to be taken before a specified official other than a notary public, a lien required to be filed with a county clerk, or an instrument concerning real or personal property required to be filed with the county clerk. I declare under penalty of perjury that the following is true and correct.

I am counsel for the Defendant in this cause. I have read the foregoing Response to Order to Show Cause, and swear that all of the allegations of fact contained therein are true and correct and within my personal knowledge.

EXECUTED in Potter County, State of Texas, on the 2nd day of April, 2025.

        /s/ David Christopher Hesse
        Declarant

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2025, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system will send a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

    Anna Marie Bell
    U.S. Attorney's Office
    500 Taylor, Suite 300
    Amarillo, Texas  79101

        /s/ David C. Hesse
        Chris Hesse